JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **JACULITO LOPEZ, INC.,** <br><br> Defendant. | Case No.  CV 13-08877 WDK-PLA <br><br> **JUDGMENT** |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendant Jaculito Lopez, Inc., an unknown business entity doing business as Mi Jacalito Restaurant, upon the Court's grant of summary judgment in favor of plaintiff.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendant Jaculito Lopez, Inc., an unknown business entity doing business as Mi Jacalito Restaurant, shall pay the plaintiff, J & J Sports Productions, Inc., $5,500.00 in total damages.

///

///

1      IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States
2 mail or by telefax or by email, copies of this Judgment on counsel for the
3 defendant or the pro se defendant in this matter.

Dated: October 20, 2015

_____
William Keller
United States District Judge